# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Greenaway, Joseph A. | U.S. Court of Appeals for the Third Circuit | 08/16/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Article III | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. P.O. & Federal Courthouse
Federal Square and Walnut St.
Newark, NJ 07101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Associate Editor | ABA Litigation Magazine |
| 2. | Trustee | Columbia University Board of Trustees |
| 3. | Trustee | Cromwell Foundation |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 94-96 | Johnson & Johnson Employee Savings Plan |
| 2. | 95-96 | Johnson & Johnson Pension Plan |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 08/16/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Cardozo School of Law - teaching | $26,925.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | self-employed legal consultant |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Columbia University | June 11-12, 2015 | New York, NY | Attend Board of Trustees meeting | transportation, lodging, meals |
| 2. | Columbia University | October 8-10, 2015 | New York, NY | Attend Board of Trustees meeting | transportation, lodging, meals |
| 3. | Columbia University | December 3-6, 2015 | New York, NY | Attend Board of Trustees meeting | transportation, lodging, meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 08/16/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | J |
| 2. | Citibank Mastercard | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 08/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Express common stock | A | Dividend | | | Sold | 06/24/15 | J | D | |
| 2. Merck common stock | A | Dividend | J | T | | | | | |
| 3. Microsoft common stock | B | Dividend | L | T | Sold (part) | 06/24/15 | J | B | |
| 4. McDonalds common stock | A | Dividend | K | T | | | | | |
| 5. Johnson & Johnson common stock | E | Dividend | O | T | | | | | |
| 6. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 7. Citibank (checking & savings) | A | Interest | J | T | | | | | |
| 8. Disney common stock | A | Dividend | K | T | | | | | |
| 9. Intel common stock | A | Dividend | J | T | | | | | |
| 10. Johnson & Johnson 401(k) | A | Interest | N | T | | | | | |
| 11. U.S. Treasury Strips | A | Interest | J | T | | | | | |
| 12. GE common stock | A | Dividend | J | T | | | | | |
| 13. Pfizer common stock | A | Dividend | J | T | | | | | |
| 14. Comcast common stock | A | Dividend | J | T | | | | | |
| 15. Wells Fargo (formerly Wachovia) Securities IRA money market | A | Int./Div. | J | T | | | | | |
| 16. Northwestern Mutual Life Insurance | | None | O | W | | | | | |
| 17. Vanguard 401K Midcap Index Fund | A | Dividend | | | Sold | | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard 401K Healthcare Fund | A | Dividend | M | T | | | | | |
| 19. Vanguard 401K Total Stock Market Index | B | Dividend | L | T | | | | | |
| 20. Vanguard 401K Dividend Growth | B | Dividend | L | T | | | | | |
| 21. Alphabet common stock | | None | L | T | | | | | |
| 22. Apple common stock | A | Dividend | J | T | | | | | |
| 23. Ameriprise common stock | A | Dividend | | | Sold | 06/24/15 | J | C | |
| 24. AllianceBernstein Large-Cap Growth Fund | | None | J | T | | | | | |
| 25. AllianceBernstein Global Thematic Growth Fund | | None | J | T | | | | | |
| 26. Oppenheimer Main Street Fund | A | Dividend | J | T | | | | | |
| 27. ADP common stock | A | Dividend | J | T | | | | | |
| 28. Facebook | | None | L | T | | | | | |
| 29. Vanguard Windsor Fund | C | Dividend | L | T | | | | | |
| 30. Vanguard 401K Value Index Fund | B | Dividend | L | T | | | | | |
| 31. Vanguard 401K Prime Money Market Fund | A | Dividend | L | T | | | | | |
| 32. Chase Bank | A | Interest | K | T | | | | | |
| 33. Vanguard I-T Investment Grade Fund | A | Dividend | J | T | Buy | 04/23/15 | J | | |
| 34. Vanguard S-T Investment Grade Fund | A | Dividend | J | T | Buy | 04/23/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 08/16/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Vanguard 500 Index Fund | A | Dividend | L | T | Buy | 04/23/15 | J | | |
| 36. IBM | C | Dividend | L | T | Buy | 11/24/15 | L | | |
| 37. Neuberger Bermann Absolute Return MultiManager CLA | | None | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 08/16/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Comments to Section VII.

On line 17, I show a sale of Vanguard 401K Midcap Index Fund. I did not include a date, because my wife, who died last year, had sold it on April 11, 2014 and the report will not allow me to include that date. The sale should have been reported on my report last year, but I inadvertently omitted it.

On line 21, Google changed its name to Alphabet.

On line 37, I added Neuberger Berman Absolute Return MultiManager CLA. I had inadvertently omitted this asset from last year's report. My wife, who died last year, had purchased it on April 11, 2014, July 22, 2014 and October 17, 2014. In preparing last year's report, I simply overlooked the purchase of this investment.

On lines 33-35, I have added the purchase date for these funds, which I inadvertently omitted from my original report.

On lines 25 and 27 of my 2014 report, I had listed Vanguard 401K GNMA and Vangueard 401K Total Bond Market Index, showing that partial sales of both of these funds on July 15, 2014 and then showing partial sales again on October 17, 2014 and December 1, 2014, respectively. The second sale for each of the funds disposed of the remainder of my interest in the funds, and should have been listed as "Sold," rather than "Sold (part)." Since both funds were sold in their entirety in 2014, I did not list them on this report.

On line 16, I list Northwestern Mutual Life Insurance. This policy is a whole life policy.

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 08/16/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joseph A. Greenaway**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544